THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN CATALANO, Respondent, v VINCENT F. DEMARCO, Appellant. [868 NYS2d 543]

Under the circumstances of this case, the bail set by the County Court in the sum of $75,000 cash or $200,000 bond alternative was excessive (*see* CPL 510.30; *People ex rel. Rosenthal v Wolfson*, 48 NY2d 230, 232-233 [1979]), and the Supreme Court had the power to reduce it. We modify the judgment to the extent indicated, which is appropriate under the circumstances. Rivera, J.P., Dillon, Covello and McCarthy, JJ., concur.